ELIZA JENKINS et al., Appellants, v. 65 WEST 127TH STREET CORP., Respondent.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

ALICE BERWANGER, Appellant, v. CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Dore and Cohn, JJ., dissent and vote to reverse and grant a new trial on the ground that plaintiff made out a prima facie case and it was error to dismiss the complaint.

LOUISE C. ALLAN, Appellant, v. IROQUOIS HOTEL CORPORATION, Respondent.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM BIRD and JAMES McLOUGHLIN, Appellants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROSARIO BIANCO, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

SAUL TEPPER, Respondent, v. NATIONAL ADVERTISING ART CENTER, INC., et al., Appellants.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See post, p. 893.]

ARTHUR GRUENEBAUM, Respondent, v. MENO LISSAUER et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent, with leave to the defendants-appellants to answer within ten days after service of the order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.